**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard Kenneth Djerf, | ) | No. CV-02-358-PHX-JAT |
| Petitioner, | ) | DEATH PENALTY CASE |
| vs. | ) | |
| Charles L. Ryan, et al.,[1] | ) | **ORDER** |
| Respondents. | ) | |

This case is currently on appeal in the Ninth Circuit Court of Appeals, No. 08-99027. Pending is Petitioner's motion for leave to file in this Court a motion for relief pursuant to FED.R.CIV.P. 60(b). Respondents have filed a motion, which is unopposed, requesting an extension of time to respond to Petitioner's motion.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' motion for an extension of time. (Dkt. 108.) Respondents shall file a response to Petitioner's motion by **June 15, 2009.**

DATED this 27th day of May, 2009.

James A. Teilborg
United States District Judge

---

[1] Charles L. Ryan is substituted for Dora B. Schriro, as Director, Arizona Department of Corrections. Fed. R. Civ. P. 25(d)(1).