**DEBRA D. LUCAS**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**MICHAEL O'BRIEN**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

RECEIVED
JUN 25 2021
CLERK SUPREME COURT

FILED
JUN 25 2021
TRACIE K. LINDEMAN
CLERK SUPREME COURT
BY:

FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 01 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

CR-01-0293-PC
CR-96-0296-AP

June 24, 2021

Clerk of the Arizona Supreme Court
1501 W Washington St.
Phoenix, AZ 85007-3329

RE: Return of State Court Records
Arizona Supreme Court Nos: CR-01-293-PC & CR-96-0296-AP
Maricopa County Superior Court No: CR-93-07792
U.S. District Court No: CV-02-358-PHX-JAT

Dear Clerk:

The state court records in the above-referenced cases are being returned to you pursuant to the Order (Doc. 9) in case CV-02-358-PHX-JAT dated 06/01/2021. The state court records consisting of the following documents are being returned to you in 2 boxes vis UPS (tracking numbers 1Z8347710397559248 and 1Z8347710396148452):

* ✱ 58 transcripts
* Appellant's opening brief
* Appellee's Answering brief
* Appellant's Supplemental Opening Brief
* Appellee's supplemental brief answering brief
* 1 volume CR-01-293-PC minute entries & instruments
* ✱ 2 case backer volumes CR-01-293-PC / CR-96-0296-AP
* 4 volumes CR-93-07792 minutes and instruments
* 7 sealed documents in 6 envelopes

✱ Should be 59 transcripts
1 case backer for CR-01-0293-PC
1 case backer for CR-96-0296-AP

K Jimenez
Deputy Clerk Specialist II

Total number of volumes – 76

Please acknowledge receipt of the state court records on the enclosed copy of this letter and return to this office.

Debra D. Lucas
District Court Executive/Clerk of Court

By    s/ Harley Antrum
      Deputy Clerk

Please send all correspondence to:

Customer Service ▪ Sandra Day O'Connor U.S. Courthouse ▪ Suite 130 ▪ 401 W. Washington St., SPC 1 ▪ Phoenix, AZ 85003-2118